In re Bowie.

Amy Robinson, appellee, v. Griffin E. Yeatman et al., appellants.

Filed October 14, 1921. No. 21935.

Appeal from the district court for Adams county: William A. Dilworth, Judge. *Affirmed.*

*James & Danley,* for appellants.

*Harry S. Dungan, Philip H. Fuller* and *James E. Addie,* contra.

In re Bowie.

Heard before MORRISSEY, C.J., ROSE, ALDRICH and FLANSBURG, JJ., ALLEN and REDICK, District Judges.

REDICK, District Judge.

After a careful and painstaking reading and study of the record and evidence in this case, we are forced to the conclusion that the judgment of the district court is right, and the same is

AFFIRMED.